**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ABRAHAM/RASHEEN GRANT/RAKIM
ADC #128147**                                                                                        **PLAINTIFF**

**V.**                          **CASE NO. 5:14-CV-0003 BSM/BD**

**WENDY KELLEY, et al.**                                                                              **DEFENDANTS**

### ORDER

Mr. Grant/Rakim filed this lawsuit pro se under 42 U.S.C. § 1983. (Docket entry #2) The Court has screened Mr. Grant/Rakim's complaint. Based on the allegations contained in his complaint, Mr. Grant/Rakim has stated a deliberate-indifference claim against the named Defendants. Accordingly, service is now proper.

The Clerk of Court is directed to prepare summonses for Defendants Kelley, Watts, and Newman; the United States Marshal is directed to serve copies of the complaint (docket entry #2), along with any attachments and summonses for these Defendants without prepayment of fees and costs or posting security. Service for Defendant Kelley should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612. Service for Defendants Watts and Newman should be through counsel for Corizon, Inc., Humphries & Lewis, P. O. Box 20670, White Hall, Arkansas 72612.

In addition, the Court notes that Mr. Grant/Rakim has been granted leave to proceed *in forma pauperis*. Because of his litigation history, Mr. Grant/Rakim

cannot proceed *in forma pauperis* in federal court absent an allegation that he is in imminent danger of serious physical injury. Here, Mr. Grant/Rakim has pleaded sufficient facts to allege imminent danger of serious injury if he is not treated with medication. Defendants, however, are not precluded from moving to revoke Mr. Grant/Rakim's *in forma pauperis* status, but such a motion should be supported with medical documentation.

    IT IS SO ORDERED this 8th day of January, 2014.

                                                        UNITED STATES MAGISTRATE JUDGE