IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM                                PLAINTIFF
ADC #128147

v.                        CASE NO. 5:14CV0003 BSM

WENDY KELLEY et al.                                        DEFENDANTS

## ORDER

The partial recommendations from United States Magistrate Judge Beth Deere [Doc. No. 13] have been reviewed and no objections have been filed. The recommendations should be, and hereby are, approved and adopted in all respects.

Accordingly, Mr. Grant/Rakim's motion for summary judgment [Doc. No. 10] is denied without prejudice.

IT IS SO ORDERED this 11th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE