IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM                                PLAINTIFF
ADC #128147

v.                       CASE NO. 5:14CV00003 BSM

WENDY KELLEY et al.                                        DEFENDANTS

## ORDER

The partial recommended disposition filed by United States Magistrate Judge Beth Deere has been reviewed, and the parties have filed no objections. Therefore, the partial recommended disposition should be, and hereby is, approved and adopted in all respects.

Accordingly, Mr. Grant/Rakim's motion for preliminary injunctive relief [Doc. No. 47] is denied without prejudice.

IT IS SO ORDERED this 20th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE