IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM
ADC #128147                                                                                          PLAINTIFF

v.                                          CASE NO. 5:14CV0003 BSM

WENDY KELLEY et al.                                                                          DEFENDANTS

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed and the parties have filed no objections. The recommendation should be, and hereby is, approved and adopted in all respects.

Accordingly, Mr. Grant/Rakim's motion for preliminary injunctive relief [Doc. No. 64] is denied without prejudice.

IT IS SO ORDERED THIS 14th day of July 2014.

_____
UNITED STATES DISTRICT JUDGE