IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM                                    PLAINTIFF
ADC #128147

v.                         CASE NO. 5:14CV00003 BSM

WENDY KELLEY, et al.                                          DEFENDANTS

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere and plaintiff's objections thereto have been reviewed. After careful consideration of the objections and a *de novo* review of the record, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Plaintiff's motion for preliminary injunctive relief [Doc. No. 67] is denied without prejudice.

IT IS SO ORDERED this 17th day of October 2014.

                                        /s/ Brian S. Miller
                                        UNITED STATES DISTRICT JUDGE