**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ABRAHAM/RASHEEN GRANT/RAKIM
ADC #128147**                                                                                          **PLAINTIFF**

**VS.**                                **5:14-CV-00003-BRW**

**WENDY KELLEY,** *et al.*                                                                     **DEFENDANTS**

## ORDER

I have received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and the timely objections, as well as a *de novo* review of the record, I conclude that the Recommendation should be, and hereby is, approved and adopted as my findings in all respects.

The Defendants' motions for summary judgment (Doc. Nos. 80, 83) are GRANTED. Mr. Grant/Rakim's claims against Defendants Watt, Newman, and Kelley are DISMISSED with prejudice. Mr. Grant/Rakim's motion for judgment for judgment on the pleadings (Doc. No. 87) is DENIED, as moot.

IT IS SO ORDERED this 13th day of January, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE