# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ABRAHAM/RASHEEN GRANT/RAKIM**
**ADC #128147**                                                      **PLAINTIFF**

**VS.**                     **5:14-CV-00003-BRW**

**WENDY KELLEY,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, this case is DISMISSED.

IT IS SO ORDERED this 13th day of January, 2015.


                                                                 /s/ Billy Roy Wilson
                                                          UNITED STATES DISTRICT JUDGE